# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Donald J. Spiller                                   CHAPTER 13

                Debtor(s)                       BKY. NO. 20-10531 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Champion Mortgage Company and index same on the master mailing list.

                                                   Respectfully submitted,
                                                 **/s/ Rebecca A. Solarz Esquire**
                                                 Rebecca A Solarz, Esquire
                                                 Kevin G. McDonald, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322