# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Donald Spiller<br><br>Debtor. | :<br>:<br>:<br>:<br>:<br>: | Case No.: 20-10531-amc<br>**Chapter 13** |

### NOTICE OF MOTION

Sirs:

Please Take Notice that upon the annexed application of Donald Spiller, debtor herein, the undersigned will move before Honorable Ashley M Chan, Bankruptcy Judge, at United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, Pennsylvania as soon as counsel may be heard, for an order pursuant to Bankruptcy Rule 1007(c) extending the time of the debtor herein to file the Chapter 13 Plan and Schedules to March 11, 2020, and for such other relief as is just.

Dated: February 26, 2020            /s/ George R Tadross_____

                                                           George R Tadross, Esquire
                                                           128 Chestnut Street, Suite 204
                                                           Philadelphia, PA 19106
                                                          215-500-5000 (phone)
                                                           267-885-2377 (fax)
                                                           Attorney for Debtor

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Donald Spiller<br><br>Debtor. | Case No.: 20-10531-amc<br>Chapter 13 |

## MOTION FOR EXTENSION OF TIME

To the Honorable Ashley M Chan, Bankruptcy Judge:

The application of Donald Spiller, by George R Tadross, Esquire, applicant's attorney, respectfully represents:

(1)     A voluntary petition pursuant to section 301 of Title 11, United States Code, was filed herein on January 29, 2020.

(2)     That the automatic fifteen day extension of time to file the plan as provided for in Bankruptcy Rule 1007(c) expires on February 26, 2020.

(4)     That applicant is unable to prepare and file schedules and plan within the time fixed in said order and requires additional time to do so for the following reasons:

(5)    The applicant and his attorney are still in the process of gathering all of the required information because of the complex nature of this particular case and his age.

Wherefore, the applicant move for the annexed order extending the time for filing schedules, statement of financial affairs, and plan herein until March 11, 2020, for which relief no previous application has been made.

Dated: February 26, 2020                                    /s/ George R Tadross

                                        George R Tadross, Esquire
128 Chestnut Street, Suite 204
Philadelphia, PA 19106
215-500-5000 (phone)
267-885-2377 (fax)
Attorney for Debtor

# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Donald Spiller

Debtor.

Case No.: 20-10531 amc  
Chapter 13

## **ORDER**

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated February 26, 2020, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 15 days until March 11, 2020.

DATED: _____

UNITED STATES BANKRUPTCY JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: William C Miller  ecfmails@ph13trustee.com, and United States Trustee at USTPRegion03.PH.ECF@usdoj.gov.

DATED:  February 26, 2020                                          /s/ George R Tadross_____

                                                                      George R Tadross, Esquire
                                                                      128 Chestnut Street, Suite 204
                                                                      Philadelphia, PA 19106
                                                                      215-500-5000 (phone)
                                                                      267-885-2377 (fax)
                                                                      Attorney for Debtor