# U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Donald Spiller<br><br>Debtor. | Case No.: 20-10531 mdc<br>Chapter 13 |

## ORDER

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated February 12, 2020, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended until **March 10, 2020**.

DATED: February 26, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge