**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DONALD  J SPILLER | Chapter 13 |
| Debtor | Bankruptcy No. 20-10531-MDC |

# **O R D E R**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 4, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGE R TADROSS
TADROSS LAW
128 CHESTNUT ST., SUITE 204
PHILADELPHIA, PA 19106-

Debtor:
DONALD  J SPILLER

1313 ASHBOURNE ROAD

ELKINS PARK, PA 19027-