United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10531-mdc
Donald J Spiller                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD           Page 1 of 1              Date Rcvd: Jun 05, 2020
                            Form ID: pdf900          Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2020.
```
db             +Donald J Spiller,    1313 Ashbourne Road,     Elkins Park, PA 19027-2678
14492404      ++CHAMPION MORTGAGE COMPANY,    PO BOX 619093,    DALLAS TX 75261-9093
                (address filed with court: Champion Mortgage Company,    8950 Cypress Waters Blvd,
                Coppell, TX 75019)
14466525       +Nationstar Mortgage LLC,    dba Champion Mortgage Company,    c/o Rebecca A Solarz, Esquire,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14458717       +Nationstar Mortgage/Champion Mortgage,    8950 Cypress Waters Blvc,    Coppell, TX 75019-4620
14488156        State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14495724       +Township of Cheltenham,    c/o James R. Wood, Esquire,    2700 Horizon Drive, Suite 100,
                King of Prussia, PA 19406-2726
14495725       +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 06 2020 03:32:30     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2020 03:32:20
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2020 03:32:28     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Township of Cheltenham,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14496006*      +Township of Cheltenham,    c/o James R. Wood, Esquire,    2700 Horizon Drive, Suite 100,
                King of Prussia, PA 19406-2726
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2020 at the address(es) listed below:
```
              GEORGE R. TADROSS    on behalf of Debtor Donald J Spiller gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com;robin@tadrosslaw.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Township of Cheltenham jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Champion Mortgage
               Company bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                   Chapter 13
DONALD  J SPILLER

                    Debtor              Bankruptcy No. 20-10531-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

June 4, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
GEORGE R TADROSS
TADROSS LAW
128 CHESTNUT ST., SUITE 204
PHILADELPHIA, PA 19106-

Debtor:
DONALD  J SPILLER

1313 ASHBOURNE ROAD

ELKINS PARK, PA 19027-